**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEPHEN CARROLL** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 15-1720** |
| | **:** | |
| **BERNICE S. FEIN, ET AL.** | **:** | |

## ORDER

This 27th day of September, 2016, it is hereby **ORDERED** that this case is placed in

**CIVIL SUSPENSE** pending resolution of the related state court action.


      /s/ Gerald Austin McHugh
United States District Judge