## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN CARROLL** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 15-1720** |
| | : | |
| **BERNICE S. FEIN, ET AL.** | : | |

## <u>ORDER</u>

This 13th day of July, 2018, it is hereby **ORDERED** as follows:

1) The Clerk of Court shall remove this case from civil suspense.

2) Defendants' Motion for Summary Judgement, Doc. 33, is **GRANTED.**

3) Plaintiff's Motion for Partial Summary Judgement, Doc. 35, is **DENIED.**

4) The Clerk's Office shall mark this case Closed for statistical purposes.


_____/s/ Gerald Austin McHugh
United States District Judge